# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO MENDOZA JUAREZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:25-cv-00075-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 13) |

On April 30, 2025, the parties filed a stipulation for a sixty day extension of time from May 5, 2025 to July 4, 2025, a federal holiday, for Plaintiff to file his opening brief. (ECF No. 13.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file his opening brief on or before **July 7, 2025**; and
2. All remaining deadlines as set forth in the scheduling order (ECF No. 8) shall be modified accordingly.

IT IS SO ORDERED.

Dated: __**April 30, 2025**__

STANLEY A. BOONE
United States Magistrate Judge

1